# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 13-5349                                                    September Term, 2013

1:10-cv-00216-BAH

**Filed On:** January 29, 2014

Samuel St. John,

    Appellant

v.

Jeh Charles Johnson, Acting Secretary,
Department of Homeland Security,

    Appellee

**O R D E R**

Upon consideration of the joint motion for extension of time to file dispositive motions, it is

**ORDERED** that the motion for extension of time be granted. The following deadlines will apply:

| | |
|---|---|
| Appellee's Motion for Summary Affirmance | February 14, 2014 |
| Appellant's Response and Cross-Motion for Summary Reversal | March 6, 2014 |
| Appellee's Response to the Cross-Motion and Reply in Support of the Motion for Summary Affirmance | March 27, 2014 |
| Appellant's Reply in Support of the Cross-Motion | April 8, 2014 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Laura Chipley
Deputy Clerk