# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 13-5349** | **September Term, 2013** |
| | 1:10-cv-00216-BAH |
| | Filed On: August 25, 2014 [1509216] |

Samuel St. John,

      Appellant

    v.

Jeh Charles Johnson, Secretary,
Department of Homeland Security,

      Appellee

## O R D E R

Upon consideration of the joint motion for extension of time to file the briefs and notice of intent to file a deferred appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | October 22, 2014 |
| Appellee's Brief | December 22, 2014 |
| Appellant's Reply Brief | January 15, 2015 |
| Deferred Appendix | January 23, 2015 |
| Final Briefs | February 6, 2015 |

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                Michael C. McGrail
                Deputy Clerk